IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GRANT WALKER, et al.,**

**Plaintiffs,**

**vs.**                                                                 No. 04-CV-436 DRH

**THE MONSANTO COMPANY
PENSION PLAN, et al.,**

**Defendants .**

## ORDER

**Herndon, District Judge:**

The Court hereby directs the Clerk's Office to make a minute record to the effect that Law Clerk Andrew Schlichter shall be isolated from working on the case at bar. This action is taken by the Court in light of the fact that a member of Mr. Schlichter's father's firm may have beneficial interests in the matter pending before this Court, which while not a technical conflict, the Court takes this action to ensure that there is no appearance of impropriety. The parties are notified of this action by virtue of the Clerk forwarding copies of this Order to each party.

**IT IS SO ORDERED**.

Signed this   12th   day of   October  , 2005.

/s/          David RHerndon
**United States District Judge**