IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

GRANT M. WALKER, EDWARD ZERINGUE,
and RICHARD W. DRAKE, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

MONSANTO COMPANY PENSION PLAN
and MONSANTO COMPANY,

    Defendants.
_____

GLYNN DAVIS, EUGENE FORNERIS, and
JUANITA HAMMOND, individually and on
behalf of all those similarly situated,

    Plaintiffs,

v.

SOLUTIA INC. EMPLOYEES' PENSION     Case No. 04-436-DRH
PLAN,

    Defendant.
_____

FRED DONALDSON, ALBERT WALTER III,
MARY CLAWSON, SANDRA BELLON,
AUDREY SOKOLOSKI and CAROL
THOMAS, individually and on behalf of all
those similarly situated,

    Plaintiffs,

v.

PHARMACIA CASH BALANCE PENSION
PLAN, PHARMACIA CORPORATION,
PHARMACIA & UPJOHN COMPANY, and
PFIZER, INC.,

    Defendants.
_____

**ORDER**

The Defendants Motion for Extension of the Deadlines in the Scheduling Order (Doc. 173) is hereby **GRANTED**.

**Defendants' Response** to the motion for class certification shall be filed on or before **December 18, 2006.**

**Plaintiffs' Reply** in support of class certification shall be filed on or before **January 12, 2007.**

The class certification hearing shall be as scheduled by the Court. The parties agree that the case will be ready for a class certification hearing by January 12, 2007.

**IT IS SO ORDERED.**

Signed this 4th day of December, 2006.

/s/      David RHerndon
**United States District Judge**