IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GRANT WALKER, et al.,

    Plaintiffs,

v.

MONSANTO COMPANY PENSION PLAN,
et al.,

    Defendants.                       Case No. 04-cv-436-DRH

                                               Consolidated With:
                                                      Case No. 06-cv-139-DRH
                                                      Case No. 06-cv-003-DRH
                                                     Case No. 05-cv-736-DRH

## ORDER

**HERNDON, District Judge:**

      This matter is before the Court on the "Pharmacia Defendants' Motion for Leave to File a Response to the Monsanto Brief on Class Certification Issues" brought by Defendants Pharmacia Cash Balance Pension Plan, Pharmacia Corporation, Pharmacia and Upjohn Company, and Pfizer, Inc. (Doc. 195). The Court being fully advised in the premises, the motion is **GRANTED**. Defendants **SHALL** file their proposed brief not later than five (5) days from the date of entry of this Order.

      **IT IS SO ORDERED.**

      Signed this 21st day of February, 2007.

                                                                          /s/     David  RHerndon
                                                                    **United States District Judge**