IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GRANT M. WALKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 04-CV-436-WDS |
| | ) | Consolidated with: |
| MONSANTO COMPANY PENSION | ) | 05-CV-736 |
| PLAN, et al., | ) | 06-CV-03 |
| | ) | 06-CV-139 |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: May 8, 2007.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Case No. 04-436-JPG.